UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARIDAE LTD, AND MARIA DEL PILAR DE WENETZ FERRER,

        Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

**14 CV 10201**

CIVIL ACTION NO.

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Claridae Ltd ("Claridae"), a British Virgin Islands corporation, certifies through its undersigned counsel that, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, no parent corporation, or publicly held corporation, owns 10% or more of the stock of Claridae.

Dated: December 30, 2014
      New York, New York

        DUANE MORRIS LLP

        By: _____
        Anthony J. Costantini (AC6633)
        E-mail: ajcostantini@duanemorris.com
        Suzan Jo (SJ1974)
        E-mail: sjo@duanemorris.com
        Kevin P. Potere (KP0789)
        Email: kppotere@duanemorris.com
        1540 Broadway
        New York, NY 10036-4086
        Telephone: +1 212 692 1000
        Fax: +1 212 692 1020

        *Attorneys for Plaintiffs*
        *Claridae Ltd and Maria del Pilar de Wenetz Ferre*